747 HITCHCOCK vs. CIRCUIT JUDGE (Wayne), No. 13555½, 97 M., 614.

To vacate an order setting aside a judgment.

Order to show cause denied May 31, 1893, on the ground that application should first be made to the Circuit Court to set aside the order complained of.

748 ROCHE vs. CIRCUIT JUDGE (Branch), 26 M., 370.

To vacate an order setting aside a judgment.

Granted January 14, 1873.

The order was based upon a stipulation which it was held could furnish no grounds for such an order, being void as to the relator, from a non-compliance with conditions therein expressed.